# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JON CHRISTOPHER WOOSLEY,** | Case No.: |
| **Plaintiff.** | 5:20-cv-02091-HNJ |
| v. | |
| **GRAND CARIBBEAN CRUISE INC,** | |
| **Defendant.** | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 2, 2021

By: */s/ Amy L. B. Ginsburg*
*Amy L. B*. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Jeffrey A. Backman, Esquire
Roy Taub, Esquire
200 E. Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
jeffreu.backman@gmlaw.com
roy,taub@gmlaw.com
Attorneys for Defendant


Dated: August 2, 2021            By: */s/ Jacob U. Ginsburg*
                                    Jacob U. Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: aginsburg@creditlaw.com