FILED
2021 Oct-13 AM 07:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JON CHRISTOPHER WOOSLEY, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 5:20-cv-02091-HNJ |
| | § | |
| v. | § | |
| | § | |
| GRAND CARIBBEAN CRUISE INC., | § | |
| | § | |
| Defendant. | § | |

### STIPULATION TO DISMISS

TO THE CLERK:

Plaintiff Jon Christopher Woosley and Defendant Grand Caribbean Cruises, Inc., by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff Jon Christopher Woosley's claims against Grand Caribbean Cruises, Inc. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

| | |
|---|---|
| /s/ *Roy Taub* | /s/ *Amy L. Bennecoff Ginsburg* |
| Roy Taub, Esquire | Amy L. Bennecoff Ginsburg Esq. |
| Greenspoon Marder LLP | Kimmel & Silverman, P.C. |
| 200 E. Broward Blvd. | 30 East Butler Pike |
| Suite 1500 | Ambler, PA 19002 |
| Fort Lauderdale, FL 33301 | Phone: (215) 540-8888 |
| roy.taub@gmlaw.com | Fax: (215) 540-8817 |
| Attorney for Defendant | Email: aginsburg@creditlaw.com |
| | Attorney for the Plaintiff |
| Date: October 12, 2021 | |
| | Date: October 12, 2021 |

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

>Jeffrey Backman, Esquire
>Roy Taub, Esquire
>Greenspoon Marder LLP
>200 E. Broward Blvd.
>Suite 1500
>Fort Lauderdale, FL 33301
>jeffrey.backman@gmlaw.com
>roy.taub@gmlaw.com
>Attorneys for Defendant
>
>Christopher Howell Murray, Esquire
>Daniel Coker Horton & Bell
>1712 15th Street, Ste. 400
>P O Box 416
>Gulfport, MS 39502-0416
>228-864-8117
>Fax: 228-864-6331
>Email: cmurray@danielcoker.com
>Attorney for Defendant

DATED: October 12, 2021        /s/ *Amy L. Bennecoff Ginsburg*
                                                        Amy L. Bennecoff Ginsburg Esq.
                                                       Kimmel & Silverman, P.C.
                                                       30 East Butler Pike
                                                       Ambler, PA 19002
                                                       Tel: 215-540-8888
                                                       Fax: 215-540-8817
                                                       Email:aginsburg@creditlaw.com
                                                       Attorney for Plaintiff