# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JON CHRISTOPHER WOOSLEY,** }<br>}<br>**Plaintiff,** }<br>}<br>**v.** }<br>}<br>**GRAND CARIBBEAN CRUISE,** }<br>**INC.,** }<br>}<br>**Defendant.** } | Case No.: 5:20-cv-02091-MHH |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice. The parties are to bear their own costs and attorneys' fees.

At the direction of the Court, this case is closed.

**DONE** this 13th day of October, 2021.

SHARON N. HARRIS, CLERK

By: /s/ Yolonda Berry
    Deputy Clerk